

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00277-CV

_____

SALLY PHAM, Appellant and Appellee

V.

DUNG KHAC NGUYEN, Appellee and Appellant

_____

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-313677-19

_____

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' joint motion to dismiss their appeals. We grant the motion and dismiss the appeals. *See* Tex. R. App. P. 42.1(a), 43.2(f).

Each party must bear its own costs. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  December 5, 2024